**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, STANDING TRUSTEE**
**30 TWO BRIDGES ROAD, SUITE 330**
**FAIRFIELD, NJ 07004**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

_____

**In the matter of:**                :            **UNITED STATES BANKRUPTCY COURT**
                                     :             **DISTRICT OF NEW JERSEY**
                                     :
**Marie-Ann Greenberg, TRUSTEE**     :             **In Bankruptcy B-**
**Chapter 13 Bankruptcy**            :
                                     :             **STATEMENT OF UNDISTRIBUTED**
                                     :                 **BALANCE**
**Bankruptcy**                       :

| Case # | Judge | Debtor's Name | Claim # | Creditor Name | Amount | Reason |
|---|---|---|---|---|---|---|
| 05-17433 | RG | Joe Lingan | 0003 | Discover Card Services | $4,353.89 | Need Transfer |

**January 25, 2010**
**To be Deposited into Can X600**            /s/Marie-Ann Greenberg
                                             **MARIE-ANN GREENBERG**
                                             **STANDING TRUSTEE**